IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRENTON HARRIS,<br><br>Defendant. | 8:18CR90<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 28). The Court has carefully reviewed the record in this case and finds as follows:

1. On July 27, 2018, defendant Trenton Harris ("Harris") pled guilty pursuant to a written Plea Agreement (Filing No. 25) to Counts I and II of the Information and admitted the Forfeiture Allegation. Count I of the Information charged Harris with conspiracy to possess with intent to distribute less than 50 kilograms of marijuana, in violation of 21 U.S.C. § 846. Count II of the Information charged that Harris knowingly used and carried a firearm during the drug conspiracy, in violation of 18 U.S.C. § 924(c)(1)(A). The Forfeiture Allegation in the Information sought the forfeiture, pursuant to 21 U.S.C. § 853, of $2,821 in United States currency taken from 4624 M Street, Omaha, Nebraska, on February 14, 2018, on the basis that it was used to facilitate the commission of the drug conspiracy or was derived from proceeds obtained directly or indirectly as a result of the commission of the conspiracy.

2. By virtue of his guilty plea, Harris forfeits his interest in the $2,821 in United States currency and the government should be entitled to seize that currency pursuant to 21 U.S.C. § 853.

3. The government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 28) is granted.

2. Based upon the Forfeiture Allegation of the Information and Harris's guilty plea, the government is authorized to seize the $2,821 in United States currency.

3. Harris's interest in the $2,821 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The aforementioned currency is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C.§ 853(n)(1), the government forthwith shall publish for at least thirty consecutive days on an official internet government forfeiture site, [www.forfeiture.gov](www.forfeiture.gov), notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the currency in such manner as the Attorney General may direct, and notice that any person, other than Harris, having or claiming a legal interest in any of the subject currency must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the currency, shall be signed by the Petitioner under penalty of perjury, and

shall set forth the nature and extent of the Petitioner's right, title or interest in the subject currency and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the currency subject to this Order as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 7th day of August, 2018.

BY THE COURT:

*Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
United States District Judge