IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>TRENTON HARRIS,<br><br>                  Defendant. | 8:18CR90<br><br>ORDER |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 59). The government requests the Court dismiss the Amended Petition for Offender Under Supervision (Filing No. 46) without prejudice as to defendant Trenton Harris. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 59) is granted.
2. The Amended Petition for Offender Under Supervision (Filing No. 46) is hereby dismissed without prejudice.
3. Trenton Harris's previously imposed term of supervision shall continue under the conditions that were previously imposed.

Dated this 8th day of December 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge